```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 09 B 01290
   FRED LEWIS ROYSTER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-8219


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/16/2009 and was not confirmed.

     The case was dismissed without confirmation 02/23/2009.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
-------------------------------------------------------------------------------

INTERNAL REVENUE SERVICE SPECIAL CLASS   NOT FILED          .00         .00
CITY OF CHICAGO DEPT OF  UNSECURED         4430.00          .00         .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED          .00         .00
PEOPLES GAS LIGHT & COKE UNSECURED          895.93          .00         .00
SALLIE MAE SERVICING     UNSECURED       NOT FILED          .00         .00
PORTFOLIO RECOVERY       UNSECURED          354.21          .00         .00
PRO SE DEBTOR            DEBTOR ATTY          .00                       .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                               .00
TRUSTEE COMPENSATION                         .00
DEBTOR REFUND                                .00
                   --------------    --------------
TOTALS                  .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/26/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE